# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK CONTE, *et al.*,

    Plaintiffs,

v.

TRANSGLOBAL ASSETS, *et al.*,

    Defendants.

Case No. 2:12-CV-01005-KJD-VCF

**ORDER**

    Before the Court is the Motion to Compel Production of Share Issuance Journal (#23) filed by Plaintiffs.

    The parties are set to appear before this Court on Tuesday, August 28, 2012 for a hearing on Plaintiffs' Motion for Preliminary Injunction (#13) and Defendants' Motion to Dissolve Temporary Restraining Order (#20).  Plaintiffs filed this Motion seeking production of the share issuance journal of TransGlobal Assets for the period of October 1, 2011 through August 17, 2012.

    Plaintiffs claim that they have sought to obtain the share issuance journal from Defendants and from their transfer agent.  According to Plaintiffs, Defendants have objected to this because discovery has not commenced between the parties.  The Court has inherent authority to manage discovery between the parties, even in the absence of a formal discovery order. See Unigard Security

Ins. Co. v. Lakewood Eng. Mfg. Corp., 982 F.2d 363, 368 (9th Cir.1992).  The share issuance journal will be useful in determining the matters before the Court at Tuesday's hearing.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Compel Production of Share Issuance Journal (#23) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Defendants produce to Plaintiffs' counsel share issuance record for all shares of all classes issued between October 1, 2011 through August 17, 2012. This record must include the date of issuance of such shares, the shareholder name, the number of shares, and the specific class of shares. The Court further orders that the share issuance records should be in electronic PDF files or another common and useable format and be sent by electronic means to Plaintiff's counsel no later than noon, Monday, August 27, 2012.

DATED this 23rd day of August 2012.

_____
Kent J. Dawson
United States District Judge