# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK CONTE, *et al.*,

    Plaintiffs,

v.

TRANSGLOBAL ASSETS, *et al.*,

    Defendants.

Case No. 2:12-CV-01005-KJD-VCF

**ORDER**

    On September 17, 2012, the Court issued an Order (#37) directing Plaintiffs' counsel, Craig Huffman, to show cause why he should not be sanctioned for failing to disclose a prior disciplinary proceeding on his petition to practice *pro hac vice*. On September 18, 2012, Mr. Huffman filed a Response (#38) indicating that his failure to disclose the prior disciplinary proceeding was inadvertent and that he mistakenly believed he was only required to disclose proceedings that resulted in suspension or revocation of his license to practice law.

    Had Mr. Huffman disclosed his prior disciplinary proceeding, the Court would have granted his petition to practice *pro hac vice*. The Court accepts Mr. Huffman's representations that the omission was inadvertent. Accordingly, the Court determines that sanctions are not warranted.

    DATED this 19th day of September 2012.

                                                                     _____
                                                                       Kent J. Dawson
                                                                       United States District Judge