# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK CONTE, *et al*., | |
| Plaintiffs, | Case No. 2:12-CV-01005-KJD-VCF |
| v. | **ORDER** |
| TRANSGLOBAL ASSETS, *et al*., | |
| Defendants. | |

Before the Court is Defendant Transglobal Assets' Motion to Dismiss (#47). Plaintiffs have failed to file any points and authorities in opposition to this Motion. Transglobal Assets has filed a Notice of Non-Opposition (#48).

Local Rule 7-2 provides that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The Court has reviewed Transglobal Assets' Motion and finds that it has merit. Accordingly, **IT IS HEREBY ORDERED** that the Motion to Dismiss (#47) is **GRANTED**.

DATED this 5th day of March 2013.

_____
Kent J. Dawson
United States District Judge